```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NURSEINTHEMAKING LLC,
                    Plaintiff,
                                                    ORDER
-against-
                                               24 Civ. 8423 (NRB)
BEST NURSE EVER LLC, FOMA MEDIA
AGENCY, BEST NURSE EVER FZ LLC,
CF CAPITAL GROUP LLC, and
FEDERICO CRESPI,

                    Defendants.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on February 17, 2025, and March 21, 2025, Plaintiff NurseInTheMaking LLC filed letters, see ECF Nos. 22 and 23, respectively, seeking leave to serve process on Defendants Best Nurse Ever FZ LLC ("BNE FZ") and Federico Crespi ("Crespi") via email and Shopify pursuant to Fed. R. Civ. P. 4(f)(3); and

**WHEREAS** service by means of email and Shopify is not prohibited by international agreement, as the United Arab Emirates is not a signatory to the Hague Convention and has not otherwise objected to service by these means; and

**WHEREAS** despite Plaintiff's good faith efforts to serve BNE FZ and Crespi through other means, see ECF Nos. 22 and 23, they have been unable to do so; and

**WHEREAS** for the reasons stated in plaintiff's letters, the Court finds that all requirements for alternative service by email and

Shopify have been met and that alternative service is warranted under the circumstances; it is hereby

**ORDERED** that plaintiff is granted leave to serve Defendants BNE FZ and Crespi with alternative process; and it is hereby

**ORDERED** that alternative service as to BNE FZ will be made (a) by email to support@bestnurseever.com and info@bestnursever.com, and (b) by notice to Shopify, which supports operation of the Best Nurse Ever website; and it is hereby

**ORDERED** that alternative service as to Crespi will be made by email to crespif@amazon.com and federico.crespi@jjsword.com.

Dated:   New York, New York
         April 1, 2025

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE