ArentFox Schiff

**ArentFox Schiff LLP**
1301 Avenue of the Americas
42nd Floor
New York, NY 10019

212.484.3900 **MAIN**
212.484.3990 **FAX**

afslaw.com

October 14, 2026

**VIA ECF**
Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *NurseInTheMaking LLC v. Best Nurse Ever LLC et al.*, 1:24-cv-08423-NRB

Dear Judge Buchwald:

On behalf of our client, Defendant My Nurse Notes LLC, we respectfully submit this letter motion pursuant this Court's Standing Order for permission to file under seal certain confidential sales information for the My Nurse Notes' 2025 publications, which are accused works in this lawsuit and were the subjects of Plaintiff's Digital Millenium Copyright Act (DMCA) Notices to Amazon, Shopify, and Etsy. We filed placeholder documents on the public, ECF record for these three documents (ECF Nos. 129-3, 129-4, and 129-5, which are Exhibits 12, 13 and 14 to the Reply Declaration of Richard Bell (ECF No. 129)) and then promptly served the documents with the Court and all counsel of record on Friday, October 9, 2026.

For clarity, these documents show My Nurse Notes' unit sales, dollar sales, as well as customer returns for the accused 2025 publications:

1. via Amazon from April 2025 to June 2025; and from April 2026 to June 2026;
2. via Shopify for the My Nurse Notes' "My Ultimate Nursing Notes Bundle" from April 2025 to July 2025; and from April 2026 to June 2026; and
3. via Shopify for the "Nurse Nessa" bundle product from April 2025 to July 2025; and from April 2026 to June 2026.

These documents are filed with the Court in response to Plaintiff's demands that My Nurse Notes show documentary proof that My Nurse Notes actually suffered lost sales because of Plaintiff's DMCA Notices to Amazon and Shopify. (*See* ECF No. 122, p. 16).

Sealing is appropriate under the circumstances. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006). This District Court has authorized the filing under seal of confidential business information, including pricing and compensation information. *See*



Smart In
Your World®

*Valassis Commc'ns, Inc. v. News Corp.,* No. 17-CV-7378 (PKC), 2020 WL 2190708, at *3 (S.D.N.Y. May 5, 2020); *Skyline Steel, LLC v. PilePro, LLC*, 101 F. Supp. 3d 394, 412 (S.D.N.Y. 2015), on reconsideration in part, No. 13-CV-8171 JMF, 2015 WL 3739276 (S.D.N.Y. June 15, 2015) (allowing the sealing of "highly confidential sales information, including pricing information," which was not available to the public).

Defendant My Nurse Notes runs periodic sales, which are reflected in the average price per sale shown in the attached documents. Likewise, My Nurse Notes' sales volume, in units and dollars, is confidential information that the company zealously protects.

We thank the Court for its time and attention to this motion. The subject documents will be filed immediately after this letter motion.

Respectfully submitted,

ARENTFOX SCHIFF, LLP

Ariel Peikes
*Attorneys for Defendant My Nurse Notes LLC*

Cc: Counsel of Record (via ECF)

Application granted at this time
subject to further review.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
October 22, 2026